

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KATY SCHWARTZ, | § | No. 08-24-00414-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 394th District Court |
| JEFF LEACH, | § | of Brewster County, Texas |
| Appellee/Cross-Appellant. | § | (TC# CVB19347) |

**J U D G M E N T**

The Court has considered this cause on the Appellee/Cross-Appellant's motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party to bear their own costs of this proceeding. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of March 2025.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.